

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00460-CV

**EX PARTE C.R.**

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2024-01-35329-CV
Honorable Kelley Kimble, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. We ORDER that costs of this appeal are taxed against appellant.

SIGNED October 1, 2025.

_____
Lori Massey Brissette, Justice